NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**3M INNOVATIVE PROPERTIES COMPANY AND 3M COMPANY,**

*Plaintiffs-Appellants,*

v.

**TREDEGAR CORPORATION AND TREDEGAR FILM PRODUCTS CORPORATION,**

*Defendants-Appellees.*

---

2012-1241

---

Appeal from the United States District Court for the District of Minnesota in case no. 09-CV-3335, Judge Donovan W. Frank.

---

**ON MOTION**

---

**ORDER**

The parties jointly move to modify the briefing schedule. 3M Innovative Properties Company and 3M Company move to extend the time for filing their reply brief as requested in the joint motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The Appellees' Response brief is due July 13, 2012. The Appellants' Reply Brief is due August 9, 2012. The Joint Appendix is due August 16, 2012.


FOR THE COURT

AUG 0 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Carter G. Phillips, Esq.
     Kurt J. Niederluecke, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 8 2012

JAN HORBALY
CLERK